UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANDON GREGORY QUENZER,

    Petitioner,

v.

                              Case No. 23-cv-10379
                              Hon. Matthew F. Leitman

JONATHAN HEMINGWAY,

    Respondent.

_____/

## ORDER DIRECTING PETITIONER TO FILE RESPONSE TO RESPONDENT'S MOTION TO DISMISS (ECF No. 6)

Petitioner Landon Gregory Quenzer is a federal inmate in the custody of the Bureau of Prisons. On February 13, 2023, Quenzer filed a petition for a writ of habeas corpus in this Court. (*See* Pet., ECF No. 1.) Respondent has now moved to dismiss the petition. (*See* Mot., ECF No. 6.) Quenzer has not filed a response to the motion. Accordingly, the Court **ORDERS** Quenzer to file a written response to Respondent's motion to dismiss by no later than **September 18, 2023**. The failure to file a response with the Court by that date my result in the dismissal of Quenzer's petition.

    **IT IS SO ORDERED**.

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: August 1, 2023

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 1, 2023, by electronic means and/or ordinary mail.

                s/Holly A. Ryan
                Case Manager
                (313) 234-5126