UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANDON GREGORY QUENZER,

    Petitioner,

v.

Case No. 23-cv-10379
Hon. Matthew F. Leitman

JONATHAN HEMINGWAY,

    Respondent.
_____/

## JUDGMENT

In accordance with the Order entered on this day,

Petitioner's action is **DISMISSED WITHOUT PREJUDICE**, a Certificate of Appealability is **DENIED**, and Petitioner is **GRANTED** permission to appeal *in forma pauperis*.

    KINIKIA ESSIX
    CLERK OF COURT

By:  s/Holly A. Ryan
      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: October 16, 2023

Detroit, Michigan